Filed 8/27/13  In re J.E. CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re J.E., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>J.E.,<br><br>    Defendant and Appellant. | E058603<br><br>(Super.Ct.No. J248419)<br><br>OPINION |

APPEAL from the Superior Court of San Bernardino County.  Brian D. Saunders, Judge.  Affirmed.

Andrea S. Bitar, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

## FACTS AND PROCEDURE

On February 7, 2013, J.E. was found in possession of a locking blade knife on her high school campus when a security guard tackled her to the ground to separate her from another student during a fight. J.E. was cited and released to her mother.

On March 12, 2013, the People filed a juvenile wardship petition under Welfare and Institutions Code section 602, subdivision (a), alleging J.E. committed a felony by possessing a locking blade knife on school grounds. (Pen. Code, § 626.10, subd. (a)(1))

On April 23, 2013, the juvenile court reduced the charge to a misdemeanor pursuant to Penal Code section 17, subdivision (b). J.E. admitted the allegation and was placed on juvenile probation. This appeal followed.

## DISCUSSION

Upon J.E.'s request, this court appointed counsel to represent her. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738 [87 S.Ct. 1396, 18 L.Ed.2d 493], setting forth a statement of the case and potential arguable issues. Counsel has also requested this court to undertake a review of the entire record.

We offered J.E. an opportunity to file a personal supplemental brief, which she has not done. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

**DISPOSITION**

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAMIREZ
P. J.

We concur:

McKINSTER
J.

RICHLI
J.

3